FILED
November 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003903104

ANN N. NGUYEN, ESQ. (SBN 246193)
PHAN NGUYEN & ASSOCIATES LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Email: ann@pnallp.com
Phone: (510) 834-8777
Fax: (510) 834-8735

Attorney for Debtors,
Dai Huynh and Katherine Nguyen

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| In re<br><br>Dai Huynh and Katherine Nguyen,<br><br>Debtors | Case No. 11-35110<br>Chapter: 7<br><br>**AMENDED MOTION TO COMPEL ABANDONMENT UNDER FRBP 6007 (b)**<br><br>DC No. ANN-1<br><br>**Date: December 13, 2011**<br>**Time: 9:32 am**<br>**Location:** 501 I Street, 6th Floor, Courtroom 32, Sacramento, CA<br>**Judge: Thomas Holman** |

Ann N.Nguyen of Phan, Nguyen, & Associates LLP, on behalf of Dai Huynh and Katherine Nguyen, the Debtors herein, herby move this court for an Order Compelling the Trustee to Abandon the Estate's Interest in Real Property. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on (6/9/11). Geoffrey Richards was duly appointed to serve as the Trustee in this case.

2. This motion is brought pursuant to 11 U.S.C. §554(b) and Rule 6007 of the Federal Rules of Bankruptcy Procedure.

3. As shown on Schedule A of the files schedules of this case, the Debtors have an interest in the real property commonly-known as "Golden Valero" (505 Tennessee

1

Street, Valejo, CA 94590) (hereinafter, the "ASSET"). A copy of the schedule A is shown in the concurrently-filed Exhibits and is incorporated herein by reference. The Debtors believe and assert that the reasonable, fair-market value of the ASSET is $620,000.00.

4. This asserted value is based on the opinion of the Debtors and Appraiser Patrick J. O'Malley. The Declaration of Debtors in support of this value is filed concurrently with this Motion and incorporated herein by reference. An appraisal conducted on August 16, 2011 by Certified General Real Estate Appraiser, Patrick J. O'Malley, states that the total value of the gas station as $620,000. Attached hereto as Exhibit A is a letter from the appraiser regarding the total value of the gas station. Total secured debts on the gas station total $886,272.17.

5. As shown in Schedule D of the filed case. Community Capital Associates, State Water Resources Control Board, Cuc Thi Hong Le, and Canh Minh Du holds a valid security interest in the ASSET. The Debtors further believe and assert that the present balance owed by the debtors to these creditors is 819,617.17. A copy schedule D is shown in the concurrently filed Exhibits and is incorporated herein by reference.

6. As shown in schedule C of the filed case, the Debtors have not claimed an exemption in this ASSET. A copy of Schedule C is shown in the concurrently filed Exhibits and is incorporated herein reference.

7. In summary

   Value of ASSET……………………………………………………………$620,000.00

   Less: Creditor Lien…………………………………………………… (819,617.17)

   Adjusted Equity…………………………………………………………. (199,167)

2

Less: Exemption claimed……………………………………............$ .00

Net Equity…………………………………………………… (0)

8. Pursuant to §554(b) of Title 11 US Codes, the Court may order the Trustee to abandon the estate's interest in assets of the estate.

9. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

10. Based on the foregoing and the Declarations filed herewith, the Debtors assert that the value of the estate's interest in the ASSET is $0.00.

RESTATEMENT

WHEREFORE, the Debtors move the Court to compel the Trustee to Abandon the estate's interest in this ASSET.

DATED: November 8, 2011

Respectfully Submitted,

Phan Nguyen & Associates LLP

By:     /s/ Ann N. Nguyen

ANN N. NGUYEN

Attorney for Debtors

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **AMENDED MOTION TO COMPEL ABANDONMENT UNDER FRBP 6007 (b) and NOTICE OF HEARING** was served on 11/15/11. Service was accomplished by the method and to following as indicated:

SENT VIA FIRST CLASS MAIL to:

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Amex
P.O. Box 981537
El Paso, TX 79998

Bac Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America
P.O. Box 26078
Greensbro, NC 27420

Bank of America
P.O. Box 301200
Los Angeles, CA 90030-1200

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank Of America
Po Box 1598
Norfolk, VA 23501

Bank of America
PO BOX 26078
Greensboro, NC 27420

Bank of America
PO BOC 30750
Los Angeles, CA 90030-0750

Canh Minh Du
604 Fortress Isle
Alameda, CA 94501

Chase
P.O. Box 78035
Phoenix, AZ 85062-8035

Chase
Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

Chase
Po Box 901039
Fort Worth, TX 76101

Chase
Po Box 15298
Wilmington, DE 19850

Chase
PO BOX 94014
Palatine, IL 60094

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Processing Center
Des Moines, IA 50363-0001

Citibank
P.O. Box 688923
Des Moines, IA 50368-8923

Citibank na
Po Box 769006
San Antonio, TX 78245

Community Capital Associates
1801 Oakland Blvd Suite 100
Walnut Creek, CA 94596

```
 1   Community Capital Associates Inc
     1801 Oakland Blvd Suite 100
 2   Walnut Creek, CA 94596
 3
     Cook Collection Attorneys
 4   c/o HF Hillman
     PO BOX 270
 5   San Francisco, CA 94104
 6
     Cuc Thi Hong Le
 7   6102 E 17th Street
     Oakland, CA 94621
 8
 9   David J. Cook, Esq.
     Cook Collection Attorneys
10   A Professional Law Corporation
     165 Fell Street
11   San Francisco, CA 94102-5106
12
     David J. Cook, Esq.
13   Cook Collection Attorneys
     A Professional Law Corporation
14   PO BOC 270
     San Francisco, CA 94104-0270
15
16
     Department of the Treasury
17   Internal Revenue Service
     Ogden, UT 84201
18
     Discover Fin Svcs Llc
19   Po Box 15316
     Wilmington, DE 19850
20
21   Euler Hermes UMA
     c/o Shell Oil
22   369 Pine St, Ste 410
     San Francisco, CA 94104-3310
23
24   Franchise Tax Board
     PIT Bankruptcy MS: A-340
25   PO Box 2952
     Sacramento, CA 95812-2952
26
27   FRANCHISE TAX BOARD
     c/o General Counsel Section
28   PO Box 1720 MS: A-260
```

| | |
|---|---|
| 1 | Sacramento, CA 95812-1720 |
| 2 | |
| 3 | Franchise Tax Board<br>PO BOX 942867 |
| 4 | Sacramento, CA 94267 |
| 5 | |
| 6 | H.F. Hillman, Inc.<br>201 Devlin Rd.<br>Attn: Robert Hillman |
| 7 | Napa, CA 94558 |
| 8 | |
| 9 | H.F. Hillmann INC<br>201 Devlin Road<br>Napa, CA 94558 |
| 10 | |
| 11 | HF Hillman<br>201 Devlin Road |
| 12 | Napa, CA 94558 |
| 13 | |
| 14 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| 15 | |
| 16 | Internal Revenue Service<br>2525 Capital St, Suite 107 |
| 17 | Fresno, CA 93721 |
| 18 | JN Tran<br>2103 Johnston St |
| 19 | Los Angeles, CA 90013 |
| 20 | |
| 21 | Jonathan J Damen<br>Routh Crabtree Olsen, PS |
| 22 | c/o JP Morgan Chase, N.A.<br>1241 Dyer Road, Suite 250 |
| 23 | Santa Ana, CA 92705 |
| 24 | Kaiser |
| 25 | 2305 Geary St<br>San Francisco, CA 94115 |
| 26 | |
| 27 | McCarthy & Holthus, LLP<br>c/o BAC Home Loans |
| 28 | 1770 Fourth Avenue<br>San Diego, CA 92101 |

7

Peter Huynh
830 Vale Vista Ave
Vallejo, CA 94590

Shell Mastercard from Citi cards
Citi Cards Processing Center
Des Moines, IA 50363-0001

Shell Oil Products US / Equilon Enterp.
910 Louisiana
12 OSP
Houston, TX 77002

STATE BOARD OF EQUALIZATION
P.O. Box 942879
Sacramento, CA 94279

State Water Resources Control Board
1001 I Street, Suite 1700
Sacramento, CA 95814

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Van De Pol Enterprises, Inc.
PO BOX 1107
Stockton, CA 95201

West Coast Coffee, Inc.
21400 NW Mauzey Rd
Hillsboro, OR 97124

Bank of America
PO BOX 26078
Greensboro, NC 27420

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 11/15/11 at San Jose, California.

/s/ David Trinh